UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACEY ANN FREEMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SEATTLE, SOUTH PRECINCT CAPTAIN BYERS, SOUTH PRECINCT LIEUTENANT JOHN DOE, SOUTH PRECINCT SERGEANT STROZIER, SOUTH PRECINCT OFFICER NELSON, SOUTH PRECINCT OFFICER LAUREN TRUSCOTT, SOUTH PRECINCT SERGEANT MCGINNIS,<br><br>    Defendants. | Case No. CO7-904RAJ<br><br>TAXATION OF COSTS |

Costs in the above-entitled cause are hereby taxed against PLAINTIFF TRACEY ANN FREEMAN and on behalf of DEFENDANTS in the unopposed amount of $2,974.09.

Entered this ___12th___ day of NOVEMBER , 2008 .

              _/s/ Bruce Rifkin_

              Bruce Rifkin

              Clerk, U.S. District Court

TAXATION OF COSTS -- 1